1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HEATHER BRANT

Plaintiff(s),

v.

PORSCHE CARS NORTH AMERICA INC , et al.

Defendant(s).

CASE NO:
5:13−cv−00326−MMM−OP

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: October 17, 2013

Margaret M. Morrow
United States District Judge

−1−